IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL L. PARHAM, | ) | |
| | ) | Civil Action No. 06 - 924 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| QUEST DIAGNOSTICS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS ORDERED** this 19th day of September, 2006, that a Scheduling Conference is set before the undersigned on **October 16, 2006 at 3:30 PM** in Courtroom 7B of the United States Post Office and Courthouse Building, 700 Grant Street, Pittsburgh, PA 15219.

**IT IS FURTHER ORDERED** that the parties shall file a report pursuant to Local Rule 26(f) as well as a joint proposed initial scheduling order, in compliance with the practices and procedures of the undersigned[1], no later than **October 9, 2006.**

BY THE COURT:

s/ Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:   All counsel of record.

---

[1] http://www.pawd.uscourts.gov/Documents/Public/Reference/Lenihan.pdf